3:20CV967(SRU)

"My Sexual Preditor"

New Haven Police Officer/

~~Alexander M. Arthur~~

Versus Daryl Cargil

New Haven Police Department

City of New Haven CT

42 U.S. Code

§ 9501. Bill of Rights

Its laws to ensure that
Mental Health Patients receive
the protection and Service
they require...

"Police Sexual Misconduct"

Section 242

Law Enforcement Misconduct
Section 242 is intended
to protect all persons in the
Depart. of Justice
Constitutional Violations
By Law Enforcement Officers

My name is Alexander McArthur.
On January 12, 2020,
At 10:57/AM - Sunday...
I was interviewed by
Detective "Mack",
And Detective Stone,
From Internal Affairs,
At New Haven Police Department...
Two New Haven Police Officers,
Sexually Assaulted Me when I
was 15 years Old—
They kidnapped me,
and took me to an abandoned
area, dropped my pants,
fingured my anal in and out,
in and out repeatedly—
I was raped by A New Haven—
Police Officer, while his partner
watched— I can't express
my emotions having been raped
by New Haven Police Officers—
I was 15 years Old— They—
New Haven Police Officers,
Corrupted me into hating
Police Officers—
I was innocent...
Now, I am guilty as sin....

New Haven Department of Police Service

## CIVILIAN COMPLAINT REPORT

Please give this completed document to a Police Supervisor or send it to the Internal Affairs Unit of this agency at the following address or email:  Office of Internal Affairs, New Haven Department of Police Service, 1 Union Avenue, New Haven, CT, 06519.  Email:  internalaffairs@newhavenct.gov

| Date of Incident | Time of Incident | Date Reported | Time Reported |
|---|---|---|---|
| 1997 | NOON | January 3 2020 | 9:37AM |

**Location of Incident**
Truman St, Howard Ave, Boulevard NH ct 06519

| Complainant's Name | Complainant's Address (Street, City, State, ZIP) |
|---|---|
| Alexander McArthur | Lombard st NH CT 06511 |

| Complainant's DOB | Complainant's Home Phone# | Complainant's Work Phone# |
|---|---|---|
| 4-14-1982 | | |

| Complainant's Cell Phone# | Complainant's E-mail |
|---|---|
| 203-887-2194 | |

| Employer | Occupation |
|---|---|
| Moon Light | Young Nation |

| Employer's Address | Employer's Telephone |
|---|---|
| Heaven | 666 |

| Name of Person Assisting Complainant | Address | Telephone |
|---|---|---|
| Jesus | Heaven | 666 |

**Employee Complained about (if known):  (Name or physical description, Badge #, Car #, etc.)**
Black Bald Tatoos on Arms    *Noticed Left Arms

**Witness Information (Name, D.O.B., Address, Telephone #, etc.)**
My Son Jesus from Heaven

| Please provide answers to the following questions: | YES | NO | UNSURE |
|---|---|---|---|
| 1. To your knowledge, was all or any part of the incident complained of video or audio taped by anyone? | ☐ | ☐ | ☐ |
| 2. Are you afraid for your safety, or that of any other person, for any reason as a result of making this complaint? | ☐ | ☐ | ☐ |
| 3. Has anyone threatened you or otherwise tried to intimidate you in an effort to prevent you from making this complaint? | ☐ | ☐ | ☐ |
| 4. Are you able to read, write and speak the English Language? | ☐ | ☐ | ☐ |
| 5. If your answer to Question #4 is "No" or "Unsure", have you been provided with adequate language assistance to help you understand and fill out this form? | ☐ | ☐ | ☐ |

*(If you answered "Yes" to any of the above questions, please provide details below.)*

**Details of the Incident: Please provide a full description of the circumstances that prompted your complaint. Attach supporting documentation, as appropriate; including letters, e-mails, photographs, video or audio tapes, etc.**

Two New Haven Police Officers
Arrested me Twice for Not any reasons,
on the Third Arrest, Those Two New Haven
Police officers took me to an abandoned
Area on the Boulevard and sexually Assaulted
me. I was handcuffed. A Police officer
of New Haven Dropped my Pants and
massaged my buttcheeks looked at his partner
and said he got Nice Ass. Then A Police
officer Put his fingures in my butt cheeks
and fingured my Anal, As his Partner watched
A New Haven Police Officer Penetrated My
Anal with his fingures. I was Arrested
afterwards for Trespassing and Littering.
The Sexual Assault took place when I was 15y/o
22 years ago.

**(Attach additional pages, if necessary)**

I have read, or had read to me, the above and attached complaint and statement consisting of _____ pages. All of the answers are true and accurate to my knowledge. I understand that making a false statement intended to mislead a law enforcement officer in his official function is a violation of Connecticut General Statute 53a-157b and could result in my arrest and being fined and/or imprisoned.

| Complainant's Signature | Date and Time Signed |
|---|---|
| | Jan 3, 2020   9:34 AM |
| On this the _____ day of _____, _____ before me the undersigned officer, personally appeared the complainant whose name is subscribed above and acknowledged that he/she truthfully executed this instrument for the purposes herein contained. | Notary (For Authority See C.G.S. §§1-24, 3-94a et seq.) My Commission Expires May 31, 2024 |
| | Print Rank/Name/ID Number: |
| | Nyambeghat, R. 31120 |

### Person Receiving the Complaint

| Rank/Name/ ID Number | Date Received | Time Received |
|---|---|---|
| Nyambeghat Kgant 31120 | 1/3/19 | 0945 |

**Method of Contact (Check):**  ☐ Telephone   ☐ In-Person   ☐ Mail   ☐ E-Mail   ☐ Other

| Signature of person receiving complaint | Complaint Control Number |
|---|---|
| | |

RECEIVED
JAN 1 2 2019

My name is Alexander McArthur...
   I was Raped by
Two New Haven Officers...
I was 15 years Old
when Two New Haven Officers
Took me to an Abandoned Area,
dropped my pants, massaged
my butt-cheeks, and fingured
my anal.— Thee aggressor
New Haven Police Officer,
massaged my butt-cheeks,
and said to his Partner,
" He got nice ass"—
Then thee aggresser
New Haven Police Officer,
Inserted my anal with his
fingures, in and out,
in and out, a few Times—
Then Arrested me for the Third
Time — Disorderly Conduct
And littering— / the first
And Second Arrest was
unlawful — Disorderly Conduct—
I was merely being harrass
by Two New Haven Police Office
Then Sexually Assaulted
at an Abandoned Area——

My Commission Expires May 31, 2024.

Officer Darryl Cargill
Certified Officer
from the New Haven Police
Department

Officer Darryl Cargill
Hamden Police Department
Patrol Division at
203-230-4030

Police Sexual Misconduct
22 years ago when I
was 15 years old
the year 1997 Officer
Darryl Cargill had the
Responsibility of I having
the first Experience of
incarceration — On my
Third Experience Officer
Darryl Cargill took me
to an Abandoned Area at
the New Haven Boluvard
and there he Sexually
assaulted me — Penetrated
My anal with his fingers
Just before massaging My
Butt cheeks

2

It is now January 10
2020 on a Friday—
I submitted a written
complaint about Two New
Haven Officers sexual misconduct
when they took me to an Abandoned
area and raped me 7 days
ago — Written complaint dated
January 3, 2020
at 9:37AM Day of the
week —
I will call now and Audio
Record seeking thee outcome
of my written complaint
to Internal Affairs
LT Zannelli 203 9466249

It is NOW Monday
December 16 2019

I am calling Chief Administrator
Shawn Madison
To find out how has thee
Investigation been regarding
Two New Haven Officers
Sexual Misconduct Towards
Me Alexander McArthur
Today Complete 33 Days
since I sat down with
Chief Administrator
Shawn Madison concerning
Two New Haven Officers
Sexually Assaulted Me when I
was Fiftheen years old
I Told Shawn Madison
that I want those Two
New Haven Police Officers Executed

8

"Civil Claim"

New Haven Police Departments

1. Harassment
2. Assault and battery
3. Unlawful Arrest
4. Kidnap
5. Intimidation
6. Risk of Injury to a minor
7. Unlawful Searches
8. Child Molestation
9. Police Sexual Misconduct
10. Sexual Assault
11. Rape
12. Sexual Assault on a minor

I demand "Justice"

Prosecution for those
Two New Haven Police Officers
I will "raise Hell"
"raise Hell" Worldwide
I shall not be taken
Lightly / I will expose
the truth
The truth shall come to
LYGA Luke 12:2+3

Detective Mack,
from Internal Affairs,
failed to do an honest
investigation regarding those
two New Haven officers
sexual misconduct reference
to me when I was 15 years
old — I was a minor —
I was an innocent little boy —
I want those two New Haven
officers to suffer for the
rest of their lives —
Never to see the Light of Day —
Those two New Haven
Police officers were a disgrace
for New Haven Police Department
There actions should be an
autimatic consideration
for a Life Sentence /
for a Death Sentence /
There actions goes against
New Haven Police Department
Codes — Their actions
goes against what Police
officers stand for /
Dedication to protect and serve.
Proud to protect and serve.
— Pride to make a diffrence   No Destroy
to Lives

6

They ended up arresting me for littering and disorderly Conduct. If that woman stayed in her house and not step foot on her porch, Those New Haven Police Officers, would have raped me, ripping and tearing up my rectum, leaving me a raped and killed little boy at an abandoned area—for what reason would they leave me after raping my asshole with their fingures and turning around once they had already turned that corner on Truman St. They had not saw when I ripped that Satation, and throw peices of that Satation on the ground. They wanted to rape my asshole. Penises penetration In and out my anal and then leave me Dead in that abandoned Area. Only God knows the truth, why they returned to me.

5

Detective Mac
from Internal Affairs
failed to do a thorough
investigation regarding two
New Haven Officers sexual misconduct
against me when I was 15 years old
Those Two New Haven Officer +
New Haven Police Department +
kidnapped me + took me to
an abandoned area by the Boulevard
and raped me with their fingures.
They inserted their fingures
in and out of my anal +
after massaging my butt-cheeks,
I fear that my life would be
over once they finished raping
me_ Those New Haven Police
Officers could have did more
than raped me with their fingures,
They could have raped me with
their penises, and then leave
me dead at that abandoned
area__ I could have been a
Dead 15 year old boy, who had
been Raped and killed
by two New Haven Police Officers...
They turned around to finish
Me _They could not—woman come out on
Her porch

Today is March 24, 2020 —
I am currently awaiting
a Police Officer to arrive
at my Apartment to take
my complaint of the
Police Sexual Misconduct,
which Existed in the year
1997 when I was 15 years
old — An innocent child —
Spoke to a woman at the
New Haven Police Department
at 12:56 pm on date Above.
She said "an officer will
Contact me or come to my
apartment — she don't know
what's going to happen" —
I'll continue to await —

4

Office of Governor
Ned Lamont
State Capital
210 Capital Avenue
Hartford, Ct 06106

Local phone number
Hartford Area
* 860 566-4840
Toll Free 800-406-1527
TDD 860-524-7397

1:52 pm  Answering Machine
1:53 pm          Answer
          March 24, 2020
Mayor  203 946 8200
Called 1:55 pm

        Justice Ellicker
          March 24, 2020
     Maria Mayor Executive
Phone Call Concluded  Aid
2:03 pm   forwarded
Police Sexual Assault
forwarded Police Name
Darryl Cargill - Maria Mayor
Executive Aide said she will forward
the information I provided her to the New Haven
                    Police Department

10

Mayor of New Haven
Toni Harp April 8, 2020
12:42pm

Phone 203 946 8200
Address 165 Church Street
New Haven, CT 06510

1:15pm     8:30AM + 6:30pm

Brenda Pantelis

203 946 7902

Sally cheif Admistraton Offic

Cheif Shawn Madison

"White House"

202-456 1111

2019

Friday 11,
October 1:25pm concluded from speaking
with Toni Harp

Team Internal Affairs
officer in charge
203 946 6249
12:45pm spoke to destructive reg
                said officer in charge
12:46pm David Zannelli

9

Cheif of Police
Administrator
overseat

12:39pm          Shawn Madison

Cheif of Police
Administrator oversees
Police Department
Shawn Madison
203 946 7902

conversation Concluded 3:17pm
Friday, October 11
2019

8

Captain Smith of ~~the~~ Harden
~~Haven~~ ~~Police~~ ~~Depart~~ Internal Affa
3:50 pm  began   4:19 pm  Ended
Gave Me Advise !

* States Attorney's Offic

Prosecutor

Criminal Investigation

Date Tuesday, March 31, 2020

I arrived home at nearly 5:00pm
Shawn Madison and I,
Altaul McArdle, conference
Regards being Sexually Assaulted
by 15 Two New Haven Police Officers
and symbolic wooden burning Cross
made with oil and water on
front precises of Fire Deput,
by Fire Fighters, stragedies of
Klu Klux Klux, for the
Prejudice (Hatred) against
black People. Occurred
on Date November 14, 2019
2019 — Thursday — Afternoon

Thursday March 12 2020,
7

Hamden Police Department
Internal Affairs
203 230 4000

Called 3:58pm
Special victims unit 4:02pm
~~(scribbled out)~~ concluded 4:06pm

captain Ronald Smith
203 230 4029

Public Information
officer
Serves as the liaison
between the Department and
the members of the media,
both local and national.
Public Information Officer
is responsible for the release
of accurate and timely information
regarding the activities of the
Department to the news media
(broadcast and print) and
the public — (Media outlets)
2900 Dixwell Ave, Hamden ct

6

Hamden  Internal Affairs
Officer Darryl Cargill
Police Sexual Misconduct
* Tuesday March 17, 2020
Called 8:41 AM

(203) 230-4000

I.A 203 230 4029   8:42 AM

(Re) Officeworking   8:49 AM
                              message
Sargent NJ

New Scripture - Tuesday March 17, 2020
called 230-4030 — 9:0
Sexual Misconduct by Police Officer
Darryl Cargill

11

The president is facing impeachment
over the scandal          Interrogation
                          Investigated

Governer of Connecticut

Edward Miner Lamont Jr.

89th Governer of Connecticut

Since January 9, 2019

A member of the Democratic

Party, he served as a

Greenwich Selectman from

1987 to 1989

Senator of Connecticut

Represents Connecticut in Congress

(5th) Jahana Hayes
January 3, 2019

Hartford Office
                at 860-258-6940
or Toll free at 800-334-5341
( To contact a senator in CT
( www. senate. gov).

Personally for the Judge
who will review this civil
Claim Against New Haven
Police Department for having
had been Raped, kidnapped,
Sexually Assaulted, Harass,
Unlawfully Arrested,
Risk of Injery to a minor
Sexual Assault to a minor
Molestation
Police Sexual Misconduct

I want those Two New Haven
Police Officers accountable
for Taking away my Life,
as I was a minor,
a child of God
I was an innocent child of God
living at home with my _____
Father and Mother......
I was 15 years Old when
New Haven Police Officers
violated my Constitional Rights
and corrupted me as a
Child of God------------

I, Alexander McArthur,
Seek the Death Penalty
For those Two New Haven
Police Officers..."No Symphathy"

Respectfully yours,
Wednesday Febrary 26, 2020

My Compensation
Against New Haven Police
Department will be determined
by a Jury. — I request
a Jury trial civil claim
proceedings — I shall
express many factors
on the behalf of New Haven
Police Department corruptions
and conspiracies. —
I will talk and talk
until to lose my voice(s)
I will put New Haven
Police Department to shame
for it is shameful to have
Police Officers in the
Police force who can
take away a child's Innocent
If any Police Officer,
can rape a child on Duty
or even off Duty
He is a shameful
Police Officer

I condemn those
Police Officers

My name is Alexander McArthur

You can refer me by the name

Lucifer — Morning Star

I am a Just God

The Truth Shall

Come to Light

Revelation

MY Holy Bible

All will be held accountable
for their iniquities......

I'm going to say it
like this _____
Prosecute those
Muthafuckaz who
fucked my asshole
with their fingures —
New Haven Police Officer
Daryll Cargill Raped Me
with his fingures at an
abandoned Area on the
Boulevard, Not too far
from the Cemetary —
Daryll cargill, Certified
Police Officer from
the New Haven Police
Apartment Arrested Me a
couple of times and on the
last time, Officer
Daryll cargill took me to
to the Boulevard, next to
the Cemetary and put all
of his fingures inside my
Asshole — Daryll cargill Massaged
my buttocks and penetrated
my anal; His Partner

His Partner watched and
laugh — And then they Arrested
he for Disorderly conduct
and littering — they Arrested
a couple of time under
false pretense — they were
Ignorant and outragiously
not representing the Law
they sworn to enforce —
I want those New Haven
Police Arrested and
Prosecuted to the MAXIMUM
penalty — I want to
Eye Witness there sentencing
I will help others seek
Justice I am not the
only United States of
America Citizen who those
New Haven Police Officers
sexually Assaulted —
Authorities continue to
Fuck with he I will be
a Roarty Lion — King of
the Jungle chasing down

Those Mothafuckas
for takin away my Innocents
while I was a child
Livin at home with
My father and Mother
on Cassius st New Haven
CT 06511 _ I had a
righteous upbringing —
I was a decent child —
These Police Officers
took away my decentcy —
I fuckin hate them
and I hate them who
have been coveryng up for
them _ Detective Mack'[?]
from Internal Affairs —
He is a fuckin' Lier —
failed to thoroughly
Investigate — I saith to you
all I will seeB Justice
to the Death of Me
I will   I will   I will
Sacrifice My life to
See those Police Officer

Suffereth the maximum
Sexual Assault penalty
I want to witness their
Sentencing worldwide
I am not fuckin around
take me serious for
I will not stop until
those mutherfuckin pigs
are behind bars for
life I will I will
I will fight until
I will I will win
I will Let those
New Haven Police Officers
Sexual Assault against
me against others
who have been victimized
by those New Haven Police
Officers be known to the
United States of America
and every Continence
every corners of the world
that has a Representative
Play the pledge

I pledge to seek Justice
in all avenues of
Justification.
I swear to God
I am contacting who I
am I am of that I
am I am God damn it

Officers Daryll Cargill
My childhood Abductor
Rapist, Pedophile
Molester, Child Abuser
Home Wrecker

I solumnly swear
I will not stop
seeking Justice
for Dan Justification

Officer Daryll Cargill
Employed At Hamden Police
Department - Patrol Division
#203 + 230 + 40 30

Failure to help me
Seek Assistance in
Justice Against those
New Haven Police Officers
who Raped me and other
as I was a child
Living at Home with
my father and mother
I be damned to let
more years go by with
being able to rejoice
following their prosecution
to the Maximun penalty

Mayors Office
Toni Nathaniel Harp
Chief Administrator
Shawn Madison
Internal Affairs
Leutinent David Zenelli
Dectective "Mack" And Stone
The Deputy Chief
Chief of Police
Officer Matt Wynne
Captain Smith Harden
Internal Affairs

Otoniel Reyes
Chief of Police
203 9466318
Officer fennessy
Sargeant

The F.B.I

Unit of Investigation

Alexande M. Arthur
456 Lombard st unit 105
New Haven CT 06511

Telephone number

203+887+2194

Otoniel Reyes 12:55pm Ended
Chief of Police message
203 946 6316

8:06 Seabeau Fenmar

330 AM

203 946 6294 49

FENNES
Internal Affairs
203 946 6295 49

12:55pm 12:56pm

3

New Haven Mayor's office
203 946 8200

Called on Wednesda
February 12, 2020
Answering Machine Answered
12:49pm
Message concluded 12:50pm onto 12:51pm

Called agan for
the governer of
connecticut
Information
at 12:53pm
Answering machine Answerd
at 12:53pm
Agan at 12:54pm
Agan at 12:55pm
Agan at 12:58pm
Answer 1:12:58
saying into
Governor Ned Lamont
860 + 566 + 4840
860 + 524 7397

Then he had all of his fingers in between my butt check, stimulating in between my butt check, and then stimulating my anal inserting his finger tips in my anal, enough for my anal entrance (tissues) can move in and out—

That's why I considered that Sexual Assault by Two Haven Officer Rape. It was rape

I was Raped by Two New Haven Police Officer when I was fifteen years old, and I was Justice. I was those two New Haven Police Officers Subjected to the Death Penalty for Sexual Assault and / Rape on a fifteen year old Boy of United States of America—

Sexual Assaulted and Rape by Police Officers on a fifteen year old Boy of United States of America Should Automatically result in the Death Penalty—

Sub poenaed 4

Shawn Madison
Chief Adminstatior
203 946+7901

Toni Nathaniel Harp
203 946+8200
Verbalized my complaint about
being sexually Assaulted by
Two New Haven Police Officers
on November 12, 2019
I spoke to Maya, The Assistant
of Toni Nathaniel Harp
I spoke to Andrea Scott
The Mayor executive Assistance

I spoke to Brenda.
Brenda is the Assistance
of chief Administrator
Shawn Madison

I have a conference with
Chief Administrator
Shawn Madison and his
Assistance, Brenda
On November 14, Thursday, 2019
It has been 33 Days Ago,
Today is December 16, Monday
2019. Chief Admistrator had not
contacted me, to have me on notice
Regarding investigation for the
Sexual Assault I experienced
When I was fiftheen years old
by Two New Haven Police Officers

I will call Chief Administrator,
Shawn Madison in a few minutes,
on Today Monday, December 16, 2019
Again, It has been 33 Days since
I look into Shawn Madison
Eyes and verbalize my Sexual Assault
experience by Two New Haven Police Officers.
(I, also Showed Shawn Madison,
During Our Conference, On November
11, 2019, Thursday, Pictures from
my phone pertaining to Fire Fighter
Department Racist Pictures
Included Symbolic wooden Burning
Cross on there front Premises,
A Symbolic wooden Burning
cross made with Oil and water,
I also mentioned that I have
pictures of Fire Fighter, Located
on Lombard St, New Haven Ct
06511 Wearing Masks, Portraying
Klu Klux Klan...) Shawn Madison
Spoke in sincere condolences —
I will called Shawn Madison
as soon I prepare myself —
I am going to record our conversation
— To whom I speak —
It Is Now 12:11
Monday December 16, 2019

Otoniel Reyes
Chief of Police
sworn in as New Haven
police officers nearly
20 years ago

Mayor Toni Nathaniel Hap
elected otoniel Reyes
as New Haven Police Chief

The Chief of police is the
Highest ranking officer in
the police department —
As the general manager or
CEO of the police depart
the Chief of police is resposble
for the planning, administrato
ant operation and operation
of the police department
Police Deputy Chief
The police Deputy chief is the
second highest rank in the police
department and reports directly to the
chief of police and can be promoted
for the rank of captan or commander,
The deputy chief is assigned as the
commanding officers of rajor organizatiol
components such as Geo graphic Operations

Bureaus, Detective Bureaus, Human Resources Bureaus or the or the internal Affairs Group

~~The eter~~ The deputy Chief acts as a chief of staff to the police chief informed about all operational activities

Chief of police directs, plans and coordinates the enforcement of city ordinates ordinances and the laws of the state and nation for the purpose of protecting people and property, and for the preservation of peace The Chief of police is generally selected from with the ranks of deputy police chiefs and at least 12 year of progressively more responsible law enforcement experience.

That harrasment by police
officer, vehicle number 82
occurred forty nine
minutes after I spoke
To _____ from ~~Intewal~~ Internal
affairs regarding A sexual
assault by New Haven Police
officers, when I was
fifteen years old _____
I left my Number at the
Time I verbalized my complaint
I left my number the first
Time I verbalized my complaint,
when I spoke to Lt Zerella
from ~~Intunal~~ Internal affairs _____
~~I~~ He Never called me
To act unconcerned
about his police Officers
unlawful conduct

I spotted Police Officer
On the side of the
Fire Department park
across the street parked
waiting for the to walk
by in. I stopped on the
other side off the street,
Looked at Him, and he
panced with thee intention
of making a quick getaway
when I witness a near
collision between the
Police Vehcle and a
Truck, I pointed At the
truck to let the police
Officer know

Truck, signifying the
Police Officer to be
carefull. Date of incident

9:49 Am Mayor office

860 0 566 4840

Direct of chief of police
203 946 6270
Tuesday March 31, 2020
Left message on chief of
Police voice mal regarding
Police Sexual Misconduct
Time 9:55Am phone rang
message concluded provided the police officer name
Darryl Cargill
10:00Am March, 31,

Internal Affairs                    5

Mack

203 946 6249

Called to follow up
on my Interview regarding
Two New Haven Police
Sexual Misconduct towards
me when I was 15 years old
called Friday January 17
2020   Interview was
on Sunday January 12
2020  6/days ago
Time called 2:30 pm
Voicemail answered 2:31 pm
called one more time At 2:31pm
Voicemail Answered At 2:32pm
Did not leave a message

I, Alexander McArthur
Filed a Civil Claim Against
New Haven Police Department
for having been Sexually
Assaulted— Sexual Assaulted
Bye Certifed New Haven
Police Officer, Daryl Cargil
Now Employeed At
Hamden Police Department
Patrol Divison
203 230 4030

Daryl Cargil
Will not have vindicatio
PROSECUTION

Thursday, April 30, 2020

1:44 pm

Alexander McArthur

4-14-1982

040274/8115

I solumly swear
under KING James
VERSION
HOLY BIBIE
To Seek Justice

Internal Affairs — Officer in charge:
Lieutenant David Zannelli
203 946-6249
* The City of New Haven, cT 06510
Mayors Office Phone: 203 946 8200
Mayor Justin Elicker
Slogan - Advancing Leadership,
Growth, and equity for the Residents
and the City of New Haven
The City of New Haven — 165 Church Street
New Haven, cT 06510 - Mayor's # 203 946 820
Fire Head Quarter 203 946 6300
Fire Marshal's Office 203 946 6232

Go to the Locations of Where
Contacts of Police
Setual Preditor
Took away my Innocence
Photograph those Locations
Develop those Photographs
In the Biggest Development
Frame those Developments
Strategize Filie & rtifiy
for Protesting A New Haven
Police Sexual Preditor
Request Possession of Audio
Session of Police Setual
Misconduct Augrestrated
By Detective Macurzynski
and Dectective Stone
from the Division of
Internal Affairs, Head Quart
of the Department of
Community Services
Photograph the Building of
Department of Community Service

Search for the Acquiring
of Color shirts with Buttons
to conceal My recording Device
Likewise to Boot socks,
Boot Shine, Boot strings,
Batteries for My Audio
Recorder to record Instantly
to have the means of
Instantly in the Instant
support of any discrepencie
Paroxide to cleanse My
IQ Level for the hearing
of Needle in a hay sack
and the hearing of a pin drop
Deposit for the purpose
of having to excrete in the
myst of Protest

* Possess a Picnic Basket
* Black Latex Gloves
* Head Stones for my phone
* Audio Cassettes
* Red Tie
* Red Latex Gloves
* Boom Box
* Bandannas * Black and Red
* Red nail Polish
* Black and Red Lipsticks
* Black and Red Nail Polish

Balloons * Happy Birthday
Balloons - Heart Balloons
Party Balloons
Party Wistles
Batteries for my keyboard
Gold Paint for my Gold Kart
Phone Case

On thursday April 30, 2020

I initiated my protest
Against New Haven Police
sexual Misconduct A
A criminal offence I had
to endure when at the Age
of 15 - It is now 116 CJAM

I, Alexander McArthur

Shall take it to the limit

When I resume my Protest

Against New Haven

Police Department

Police Sexual Misconduct

In the event that

Daryl Garg

And his Partner

Are not Apprehended

JUL 10 2020 AT 10:12
FILED-USDC-CT-New Haven

Alexander McArthur

040 - 74 - 8115

4 - 14 - 1982

New Haven Ct

06519 ———— 11

# 203 887 2194

Do I need the

Attention of the

Media = worldwide

§ 18.2 - 67.4.

Sexual Battery.

§ 18.2 - 67.10

Sexual Assault By force, threat, Intimidation Aggravated Sexual Contact / 10 U.S.Code § 920. Art. 120.

Rape And Sexual Assault Generally

New Haven Police Officer #402
Refused to give me his name,
Leading me to believe he falsified
His Badge number 402,
After he gave me his Badge #
I said "what's your name"
He said "I'm not telling you that"
I said in Outraged, "I'm filing
a Complaint against you for
giving me Sexual Advancements.
Sexual Advancements,
Sexual Harassment is illegal
and is Prohibited by the
Connecticut Discrimination
Employment Practices Act Section
46a - 60 (a)(8) of the Connecticut
General Statutes and
Title VII of the Civil Rights
Act of 1964 (Title 42
United States Code Section
2000 e et seq.)
I, Alexander McArthur filed my
Complaint Against New Haven
Police Officer #402 for sexually
Sexually harassing me And for
Sexually Advancing me
During his traffic Duty Assignments,
I, Alexander McArthur, Requested
the Viewing of Surveillances
(Cameras) We all know are
stationed at Every Angel
Cameras will have Investigators
Eyes attest the Truth

Cameras will have Investigators
Eyes Attest the truth of my
complaint of having been sexually
Sexually Raped of the Mentally
of the New Haven Police Officer
Badge number provided #402
Sexually Harass By New Haven
Police Offitcer # 402
Cameras will also prove
A New Haven Police Offitcer
was making Sexual Advancements
To Alexander McArthur,
A United States of America
Citizen, who has the Protection
Of the Bill of Rights
Who has the Protection of the
House of Legislation +
I Alexander McArthur
Will Defend my Constitutional
Constitutional Rights
New Haven Police Officer #402
Had sex with me Against my will
New Haven Police #402 Positioned
himself to where my Penis
was lined up perfectly Between
his buttcheeks. I was Angry
for the final time when I
looked up and noticed the
Perfection of New Haven Police Officer 402
Ass Like Ass lined up with
my Penis + So Perfectly
Down the Middle + I could have
Put my Dick in his Asshole +

I could have Put my Dick
in his asshole without having
to shift gears — this is what
made me file a Police Sexual
A Police Sexual Misconduct
Complaint — And now
A Police Sexual Misconduct
(Civil) Claim ___ I will win,
I will win my Civil Claim
Against New Haven Police Officer
#402 Police Sexual Misconduct

Luke 8:17, for nothing is hidden
that will not be made manifest,
nor is anything secret that will
not be known and come to Light.

People Living a double-life
will be exposed.
You don't have to go out of your
way investigating
What's done in the Dark
Comes to Light
When you see the Light
Make sure you do what's Right.

Be careful,

What is done in the Dark
Comes to Light
Sooner or Later

Alexander McArthur 203 8 87 + 2194
Monday June 29
2020

While presenting my police
police Sexual Misconduct
complaint with the Internal
Affairs Unit of the New
Haven Police Department
Officer A. Acosta #159
Entered the Department of
Police Community Services,
Looked at me with a
Deceitful Smile and Said,
"How you doing, Brother"
The Time 12:47pm
Monday June 29, 2020
At 12:48pm I said,
"Ain't no Whiteman
going Call me, "Brother"

"Ain't no Whiteman
going Call me, "Brother"
I said Twice, Just like that!!!

He was exiting the New Haven
Police Department...

Less than one minute later
after Police Officer A. Acosta #159
greeted me with a Racial Slur
he re-appeared in my Presence
and that's when I said Twice,
"Ain't no Whiteman
going Call me, "Brother"

I, Alexander McArthur, I
Verbalized my Complaint
to the Internal Affairs
of the New Haven Police Department
I Stated that Officer
A. Acosta #159 Called me
a Nigger when he called me
"Brother" and that NO Whiteman
will Call me "Brother"
"He don't see me as his "Brother"
"He don't care about me"
"He Called me "Brother"
Like he love me"

"He called me "Brother"
Like he love me"
The Lady from the Internal
Affairs I Verbalized my Complaint
gave me a look of Distress,
Emotional Disturbed
I decided to say nothing else
about Officer A. Acosta #159
Racial Slurr directed to me,
Alexander McArthur A Law
A Law Abiding Citizen
of the United States of America
I furthermore Verbalized my
Complaint to Seargent Falahey
#457 of the Internal Affairs,
our miscomunication on Both
matter Officer A. Acosta #159
Racial Slurr and Police Sexual Misconduct
By Officer #402 I was rudely
Kicked out the Police Department

Sargent Hennessy # 457
From the Internal Affairs
of the New Haven Police Department,
Kicked me out of the
New Haven Police Department
Due to how I verbalized
my complaints

☑ New Haven Police Sexual
Police Sexual Misconduct

☑ New Haven Police Racial
Police Racial Slurr

I will get those Mutha

I will get those I have
been verbalizing and writing
my complaints regarding
New Haven Police Sexual Misconduct
Havind had been Sexually Assaulted
By New Haven Police Officers when
I was 15 years Old
Complaint Discrimation
I will get them all including
The Mayor Office
I will get them all who
Ignored my complaints, let me
prepared forganized my recordings
my litigations for the Perfected
Civil Claim of Complaint
Complaint Discrimination Exposed
☑ All Organizations Exposed

My Current Civil Claim(s)
Is Against:

New Haven Police Department
And the City of New Haven,

Officer # 402 Sexual Harassment
Sexual Advancements

46 a - 60 (a)(8) of the
Connecticut General Statutes
and title VII of the
Civil Rights Act of 1964
(Title 42 United States
Code Section 2000e et seq.)

Officer A. Accosta #159

Discrimination Title 42 chapter
of the U.S. Code
Title 42 chapter 21 of the
U.S. Code Prohibits Discrimination
Against persons based on Age,
Disability, Gender, Race, national
or national origin, and Religion

Alexander McArthur    8:40 PM
                      Monday June 29
                      2020

Internal Affairs
New Haven
Police Department
of the New Haven
Police Department

We All Know the Santa

"One hand washes
thee other"

I shall expose the
Truth even if they
don't wash each other
hands in reference
to the disgrace New Haven
Police Officer of the
New Haven Police Department
I owe my Police Officer life to
Auditer saft under...

**Orders on Motions**
<u>3:20-cv-00193-JCH Sedensky v.
Saul</u>

EFILE,PROSE

**U.S. District Court**

**District of Connecticut**

**Notice of Electronic Filing**

The following transaction was entered on 7/13/2020 at 11:18 AM EDT and filed on 7/13/2020
**Case Name:**        Sedensky v. Saul
**Case Number:**     <u>3:20-cv-00193-JCH</u>
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
**ORDER granting [16] Status Report/Request to Continue Stay. SO ORDERED by Judge
Janet C. Hall on 7/13/2020. (Lewis, D)**


**3:20-cv-00193-JCH Notice has been electronically mailed to:**

Nicol Fitzhugh     nicol.fitzhugh@ssa.gov, USACT.SSAECF@usdoj.gov

**3:20-cv-00193-JCH Notice has been delivered by other means to:**

Sarah Sedensky
118 Pierce Ave.
Bridgeport, CT 06604

New Haven Department of Police Service

### CIVILIAN COMPLAINT REPORT

Please give this completed document to a Police Supervisor or send it to the Internal Affairs Unit of this agency at the following address or email:  Office of Internal Affairs, New Haven Department of Police Service, 1 Union Avenue, New Haven, CT, 06519.  Email:  internalaffairs@newhavenct.gov

| Date of Incident | Time of Incident | Date Reported | Time Reported |
|---|---|---|---|
| June 29 2020 | 8:44 8:45 pm | Monday June 29 2020 | 12:33 pm |

| Location of Incident |
|---|
| Ferry and Chatham Street |

| Complainant's Name | Complainant's Address (Street, City, State, ZIP) |
|---|---|
| Alexander McArthur | 456 Lombard St New Haven CT 06513 |

| Complainant's DOB | Complainant's Home Phone# | Complainant's Work Phone# |
|---|---|---|
| 4-14-82 | 203 887 2194 | |

| Complainant's Cell Phone# | Complainant's E-mail |
|---|---|
| 203 887 2194 | |

| Employer | Occupation |
|---|---|
| | |

| Employer's Address | Employer's Telephone |
|---|---|
| | |

| Name of Person Assisting Complainant | Address | Telephone |
|---|---|---|
| | | |

**Employee Complained about (if known): (Name or physical description, Badge #, Car #, etc.)**
Officer assigned to traffic Duty name denied Badge# 402 Sexual harassment Sexual Advancements

**Witness Information (Name, D.O.B., Address, Telephone #, etc.)**
Corner Buisness and next to Corner Buisness Surveillance (cameras)

Please provide answers to the following questions:

| | YES | NO | UNSURE |
|---|---|---|---|
| 1. To your knowledge, was all or any part of the incident complained of video or audio taped by anyone? | ☑ | ☐ | ☐ |
| 2. Are you afraid for your safety, or that of any other person, for any reason as a result of making this complaint? | ☐ | ☑ | ☐ |
| 3. Has anyone threatened you or otherwise tried to intimidate you in an effort to prevent you from making this complaint? | ☐ | ☑ | ☐ |
| 4. Are you able to read, write and speak the English Language? | ☑ | ☐ | ☐ |
| 5. If your answer to Question #4 is "No" or "Unsure", have you been provided with adequate language assistance to help you understand and fill out this form? | ☐ | ☐ | ☐ |

*(If you answered "Yes" to any of the above questions, please provide details below.)*

JUN 29 2020

**Details of the Incident:** Please provide a full description of the circumstances that prompted your complaint. Attach supporting documentation, as appropriate; including letters, e-mails, photographs, video or audio tapes, etc.

New Haven Police Officer During Traffic Duty Mentally Raped me while i was standing on the corner of ferry and chatham Street Office Badge # 402. Sexually harass me and gave me Sexually Advancements Looking at me from his periphical visons, i refusing to myself i Reprihsining i Officer # 402 continued to line his Butt with my penis officer # 402 was pleasuring hinself i Carressing his butt and Picking his butt Like he was taking out his Underwear from inside his butt cheeks. Officer # 402 was Shameful and realize to conduct hinself Shatefully. Officer # 402 is a low life Shameful

**(Attach additional pages, if necessary)** Dishonorable in the New Haven Police Department Sexual Harassment is Prohibited

I have read, or had read to me, the above and attached complaint and statement consisting of _____ pages. All of the answers are true and accurate to my knowledge. I understand that making a false statement intended to mislead a law enforcement officer in his official function is a violation of Connecticut General Statute 53a-157b and could result in my arrest and being fined and/or imprisoned.

| Complainant's Signature | Date and Time Signed |
|---|---|
| [signature] | 12:38pm June 27 2006 Monday |

On this the _____ day of _____, _____, before me the undersigned officer, personally appeared the complainant whose name is subscribed above and acknowledged that he/she truthfully executed this instrument for the purposes herein contained.

| Notary (For Authority See C.G.S. §§1-24, 3-94a et seq.) |
|---|
| Print Rank/Name/ID Number: |

| Person Receiving the Complaint | | |
|---|---|---|
| Rank/Name/ ID Number | Date Received | Time Received |
| Sgt Ol Phy #457 | 6/12/2020 | 1200 pm |

Method of Contact (Check): ☐ Telephone  ☐ In-Person  ☐ Mail  ☐ E-Mail  ☐ Other

| Signature of person receiving complaint | Complaint Control Number |
|---|---|
| [signature] | |

JUN 2 9 2020

JUN 2 9 2020

On Monday June 29, 2020
at 8:44AM I commensed
the writing the complaint
of New Haven Police officer
Sexual Harassment
Sexual Advancements
towards me, Alexander McArthur

New Haven Police Officer
Badge #402 wearing a
Baseball cap
During Traffic Duty
was sexually Harassing me
und was making Sexual
Sexual Advancements
Linting his Ass
with my Penis
Picking his ass
Like he was picking
his underwear out of his
Buttcheeks

New Haven Police Sexual
Misconduct took place
on the corner of
Ferry and Chatham street
I was standing there seeking
help for coffee and change
for a cigarette or two
thats my Reasons for standing
on that corner where he
had Sex with me Against my
will in Mental Sexual Activities

In Any event Surveilances
of The New Haven Police Office
Sexual Advancements
Towards me will prove
without a resonable Doubt
Her guilty as sin
of Sexually

of Sexual Advancements
Towards I Aldana McArthur
A United States of America
Citizen

This is the Case of
Retaliation for Complaining
about I having been
Sexually Assaulted by
New Haven Police Officers
when I was 15 years old
I am now a victim of
Sexual harassment
unwanted Sexual Advances
Sexual Harassment is Illegal
and is prohibited by
The Connecticut Discrimination
Employment Practices Act
Section 46a-60 (a)(8)
of the Connecticut
General Statutes And
Title VII of the Civil Rights
Acts of 1964 (Title 42
United States Code Section
2000e et seq.)

New Haven Police Officer
has made sexual advances
The Sexual Preditor, Officer
of the Law Employed by
New Haven Police Department
engaged in visual sexual
nature that were unwelcome
and pervasive and severe
while He was on traffic duty
located on the Corner of
Ferry and chatham street
The New Haven Police sexual
preditor would not stop
lining his Ass with my
penis, He continued to
carress his Ass and
He continued picking his
Ass like he was picking out
his underwear from inside
his buttcheeks
The New Haven Police sexual
Preditor Provided me with
his Badge Number 402
and when I asked for his
name "He said" I'm not
Telling you that" The Pedophile
Police Officer of the New Haven
Police Department had guilt
and shame of what he was
doing in front of me and refused
to give me his name which led
Me to believe he provided me
with a false Bagdse Number.

Cross examine Surveilances
Of New Haven Police Officer
Badge #402
And Penalize him
for Police Sexual Misconduct
Of on the Date
Monday June 29 2020
At 8:44AM Commense
The Complaint of Writing
8:44AM And Going back
In time — I'll Say
One Hour Back In time
To Review A Disgrace
New Haven Police Officer
Badge #402 Police Sexual
Setual Misconduct

Alexander McArthur
Monday June 29 2020
11:05 AM

8:44 AM chattan st
Monday June
29 2020

Officer
Sexual Advancement
thee whole while
on the corner
of ferry and chattan

402
Basketball
cap Denied
to give me his
name what's
your name yeah
Im not tel[

I, Alexander McArthur
Met Deputy Corporation
Counsel Roderick
Williams, Today,
July 1, 2020,
Passed 9:00Am.
He was late and
Disrespectful when
Handling my Civil Claims
Box. I mailed to the
Wrong Address +
I included "Hand Delivered"
Letter, Roderick gave Me
I Transferred Civil Claims
Box into another Box
The way Deputy Corporation
Counsel Roderick Williams
Handed it to Me
Discrimative Disorganized
Can't file a claim
Against Him The Corporation
Counsel Officer
Examine where my Cassette
is, Was He trying to have Me
get cut by Staples

I, Alexander McArthur
Included another
Civil Claim Against
New Haven Police Department
City of New Haven
For/New Haven Police
Sexual Harassment
Sexual Advancement
On June 29 2020
And Also for
Racial Discrimination
While Complaining to
the Internal Affairs
At New Haven Police Department
On the same Date
June 29 2020

I'd Rather not Include

Alexander McArthur

July 1 2020
11:08AM

Eric Caveiaz 263
New Haven Police Officer
Harassing under False Pretense

Of a possible Loitering

Arrest. New Haven Police
Officer intimidated me
on the Month of November 30,
2019   8:22
I was waiting for a store
to open, standing on the
sidewalk, waiting for
"Dollar king" to open
New Haven Police Officer
Would not leave me alone
in the Free of the Land
Waiting for "Dollar king"
to open. The Subject Number
263 Took away My land of
the Free and Defamed me
in comparison to other
United States of America
United States of America Citizens

It is Unconstitutional
for Law Enforcers
to harras United States
of America Citizens
who have the Right to be
free in the free of the
Land, and who have the
Right to be free from
harassment. Free from
Danger worrisome.
Free from Defamation of
Character. Free from Intimidation
and free from Discrimination
and free from Discriminative
interrigation. Free from
unjusticefy Warning to have
your freedom taken away
under false pretense ___
Subject threatened to charge
me with "Trespassing and
Disorderly Misconduct" ___

Alexander McArthur

Friday May
29 2020
12:48
PM

CNTH Claim Against
Neu Haven Police Depratid
For their fellow
Officer Police Misconduct,
(Eric Caveiaz #263)
Harassing under
The Law of Discrimantion
Intimidation
And Defandion of
Character in the Land
of The Free. ——

Tr... ...ga...st

New Haven Police Department
And the City of New Haven

Harassment for no
Legitimate purpose
( 34 U.S.C. § 12601)
Discrimina tory
Harassment

Violations of the
Police Misconduct
Provison
"Title VI of the civil
Rights Act of 1964 and
The "OJP Program statute"

42 U.S. § 3617

Interference,
Coercion, or
Intimidation
U.S. Code

Proof - Audio
Recording Cassette
on thee Cassette
That has been
Labeled with others
who has Rises Against

Police Department
Officer # 263
Violated the Codes
of U.S.
28 U.S. Code 4101
Defamation § of Charicter
A false statement
Officer said "You're
Just like everybody else
All you wanna do is
Listen to Audio cassette
Recording And prove my
Innocence." Alexander McArthur

12:10 PM
Concluded with
Dectective Mack
from Internal
Affairs
Regarding Officer
"402" Sexual
Advancements
Date Litigated
Today's Date
July 9, 2020

34 U.S.C. § 12601

Coercive
Sexual conduct
By New Haven Police
Officer # 402

on the Date litigated
I talked to Dective Mac
from the Internal Affairs
of the New Haven Police
Department on this day
July 9, 2020
Concluded our coversation
At various Times the