Sunday, May 16, 2021

Case Name: McArthur V. Cargil etal
Case Number: 3:20-cv-00967-SRU

Alexander McArthur, is responding to the Order granting Daryl Cargil and the City of New Haven's Motion for a more definite statement.

District, Judge Stephan R. Underhill, agreed with Certified Officer of the New Haven Police Department, that my Complaint is incomprehensive. Alexander McArthur, Sexual Assault against a Certified New Haven Police Officer is incomprehensive.

Alexander McArthur, amended Complaint. Sexual Assault that transpired in the year of 1997. I was 15 years old. Certified New Haven Police Officer, Daryl Cargil, drove on Truman St, of New Haven, where I was standing on the Corner of - Truman St and Washington St, trying to find a Friend's House.

(2) [signature] Sunday, May 16, 2021

Alexander M<u>c</u>Arthur, amended Complaint, "Sexual Assault Against Certified New Haven Police Officer, Daryl Cargil.

Resumed from page One:

I was lost, standing on the Corner of Truman St and Washington St, Trying to find a Friend's House. Certified New Haven Police Officer, pulled over and parked on the side of me, (on the Left side of me) the right side of the Police Vehicle window was down half way, I walked to the Police Vehicle, on the right side, and looked inside the Police Vehicle and said, "Excuse me, where is Truman St". Certified New Haven Police Officer, exited his Police Vehicle and physically assaulted me. I said to Certified New Haven Police Officer, "This is against the Constitution". Daryl Cargil said, "Fuck the Constitution, Just because you gotta big mouth, you're going to jail —

③ Sunday, May 16, 2021

and every time I see you, your going to jail.

(Again for Clarity)

I said to Daryl Cargil, "This is against the Constitution." Daryl Cargil said to me, "Fuck the Constitution, just because you gotta big mouth, you're going to jail, and everytime I see you, you're going to jail." Daryl Cargil arrested me that evening for Disordely Conduct. Shortly after my release, Daryl Cargil saw me walking to my lonisome, this time, I was enjoying my release. However, Daryl Cargil arrested me for another arrest under false pretense. My Second arrest by Daryl Cargil, was for another arrest of Disorderly Conduct. Shortly after I was release of having been falsely arrested by Daryl Cargil. Daryl Cargil arrested me for the 3rd Time.

Sunday, May 16, 2021

(4)

Alexander McArthur, Resuming from page 3, - Amended Complaint on a Certified New Haven Police Officer, Sexual Misconduct, against a "Child of God".
"a Child of God who was only at the age of 15.
Certified New Haven Police Officer, Daryl Cargil, arrested that, "Child of God" 3 times under false Pretense
"Merely harassing that, "Child of God".
★ I was that "Child of God", Alexander McArthur.
On my Third (3) Arrest.
When Certified New Haven Police Officer, Daryl Cargil Saw me after my "third" Release.
Shortly after my Second Release, of being arrested by Daryl Cargil, I was walking on Spring St, walking towards Howard Avenue, and there, I witness Daryl Cargil get out of his Police Vehicle like a Gangster he Portrayed himself.

⑤ May 16, 2021

I, Alexander McArthur, was walking on Spring St, walking Towards Howard Avenue. I witness Daryl Cargil get out of his Police Vehicle Like a Gangster he Portrayed. Daryl Cargil, then Physically Assaulted me, applied handcuffs onto my wrists, and sat me in the back of his Police Vehicle. I thought I was getting arrested again, by Daryl Cargil. I thought I was getting arrested again, until Daryl Cargil drove away from where I was walking, "Spring Street towards Howard Avenue". On that very corner, just before I would have crossed the street. Daryl Cargil drove me to a desserted area and there, Sexually Assaoted me while his Partner Watched.

A.M.

6

Alexander McArthur, Resumed from Page 5, Amended Complaint on Certified New Haven Police Officer, Daryl Cargil, Sexual Assault at a desserted Area, when I was 15 years old. Once at that desserted Area. Daryl Cargil took me out his Police Vehicle - he had me against a wooden fense - he took off my Pants " I was wearing a belt". Daryl Cargil took off my pants and with the Palms of his hands, he massaged my buttcheeks and said to his Partner, " He got nice ass". Both Police officers Giggled. Their Giggle were like a "Silent Laughter". Then, Daryl Cargil, inserted his fingures inside my asshole. Daryl Cargil put a couple of his fingure inside my asshole, He was penetrating his fingures inside my asshole and twisting his fingure inside my asshole. My Sexual Preditor, Daryl Cargil.

(7)

Alexander McArthur, Resumed from page 6, Amended Complaint, of Sexual Assault by a Certified New Haven Police Officer, Daryl Cargil.

Once Daryl Cargil Sexual Misconduct Completed, He gave me a "Citation". He Left the Sexual Assault Scene against Me, but only to turn around. When he exitted his Vehicle, a Woman standing on her porch, in the same vicinity of where the Sexual Assault occurred. She yell at Officer, Daryl Cargil, "He ripped that ticket up and threw all those Pieces on the Ground". Daryl Cargil Said, "Now you're getting arrest. Then, he handcuffed me, Saying "you're getting arrested for Littering. Then, Daryl Cargil Said, "I'm not gonna arrest you" "I'm gonna let you run"

Sunday May 16 2021

8A page 8

Alexander McArthur, Resume from page 7, Amended Complaint, on Daryl Cargil, a Certified New Haven Police Officer, who kidnapped me and Sexually Assaulted Me at a desserted area.

Daryl Cargil Said, "Now you're getting arrested". Then said, "I'm not gonna arrest you". "I'm gonna let you run". "If you get away, you're free to go, if we catch you, we're gonna fuck you up".

I agreed and said "You can try to catch me". Daryl Cargil, Said, "No, forget it, you're going to jail". Daryl Cargil Charged me with Littering and Disorderly Misconduct. Daryl Cargil Sexual Assaulted me on my "Third Arrest", charged me with littering and Disorderly Misconduct...... I never saw Daryl Cargil again. I guess he was Shard"
I guess he was Ashamed

Sunday, May 16, 2021

⑨

Alexander McArthur, Resume from page 8, Amended Complaint, Against a Certified New Haven Police Officer, "Police Sexual Misconduct, Officer Daryl Cargil".

I, Alexander McArthur, Conclude that Daryl Cargil et al. are Guilty of Sexual Assault on a Minor, Police Sexual Misconduct against me when I was 15 years old. I know my Amended Complaint is not difficult to Comprehend. My Amended Complaint is Comprehensible, all factual, all stright forward, Precise and Concise and Direct explaining the truth of being Sexual Assaulted by a New Haven Police Officer, who should have in a Lifeterm been Certified to become a Police Officer, overall. I won't drift away with relevant statement, If "Jury Civil trial" is necessary, I'll talk until I lose my Tonsils.   "$H_2O$"         A.M.