Alexander McArthur
456 Lombard St #105
New Haven CT 06513

RECEIVED
MAY 19 2021
U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STates Dis
Court, U.S. CourtHou
District Judge, Stephan R. Un
915 LaFayette Boulevard
BridgePort, Connecticut 0660

"Official Business"



U.S. POSTAGE
FCM LETTER
NEW HAVEN, CT
06513
MAY 17, 21
AMOUNT
$0.75
R2305P150406-2

1000   06604