UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER MCARTHUR | : | NO.: 3:20-cv-00967 (SRU) |
| | : | |
| v. | : | |
| | : | |
| DARYL CARGIL, NEW HAVEN POLICE DEPARTMENT AND THE CITY OF NEW HAVEN | : : : | JULY 12, 2021 |

## F.R.C.P. 12(b)(6) MOTION TO DISMISS

The undersigned defendants, **Daryl Cargil** and **The City of New Haven** ("defendants"), hereby move for dismissal of the plaintiff's Amended Complaint [Doc. 24], *with prejudice*, pursuant to Fed.R.Civ.P. 12(b)(6). As is more particularly set forth in the accompanying memorandum of law, the plaintiff's Amended Complaint fails to state a claim upon which relief can be granted, as the claims are *prima facie* time-barred on the face of the complaint.

WHEREFORE, the undersigned defendants respectfully request that their F.R.C.P. 12(b)(6) Motion to Dismiss the plaintiff's May 19, 2021 Amended Complaint [Doc. 24], *with prejudice*, be granted.

                  DEFENDANTS,
                  DARYL CARGIL AND
                  THE CITY OF NEW HAVEN


                  By /s/ Alan R. Dembiczak
                    Alan R. Dembiczak
                    ct25755
                    Howd & Ludorf, LLC
                    65 Wethersfield Avenue
                    Hartford, CT  06114-1190
                    (860) 249-1361
                    (860) 249-7665 fax
                    adembiczak@hl-law.com

**CERTIFICATION**

      This is to certify that on **July 12, 2021**, a copy of the foregoing **Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Mr. Alexander McArthur
456 Lombard Street
Unit 105
New Haven. CT  06513

Victoria M. E. Church, Esq.
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

                                                  /s/ Alan R. Dembiczak
                                                  Alan R. Dembiczak